1  AARON D. FORD
   Attorney General
2  ERIN L. ALBRIGHT, Bar No. 953
   Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, NV 89701-4717
   Tel: (775) 684-1257
6  E-mail: ealbright@ag.nv.gov

*Attorneys for Defendants*
*Romeo Aranas, Paul Bitar, Gloria Carpenter,*
*Dawn Jones, and Georgia Luce*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RASHON KING, | Case No. 3:16-cv-00177-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| JAMES G. COX, et al., | |
| Defendants. | |

Defendants, Romeo Aranas, Paul Bitar, Gloria Carpenter, Dawn Jones and Georgia Luce, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

This Stipulation for Dismissal with Prejudice is executed as part of a settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

///

///

///

///

///

1

| | |
|---|---|
| DATED this 24 day of January, 2019.<br><br>By: _____<br>Rashon King (#84661)<br>Plaintiff | DATED this 6th day of ~~January~~ February, 2019.<br><br>OFFICE OF THE ATTORNEY GENERAL<br><br>By: _____<br>Erin L. Albright, SBN 9953<br>100 N. Carson Street<br>Carson City, NV 89701<br>(775) 684-1257<br>ealbright@ag.nv.gov<br>Attorneys for Defendants |

Case dismissed with prejudice.

**IT IS SO ORDERED**

_____
**U.S. DISTRICT JUDGE**

DATED    February 6, 2019

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 6th day of February, 2019, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/CFE Electronic Filing to:

Rashon King #84661
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419
lcclawlibrary@doc.nv.gov

/s/ Lauri Penny
An employee of the
Office of the Attorney General

3